```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        JAN 10 2006
  JOHN F. CORCORAN, CLERK
  BY:
          DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN, )<br>　　Plaintiff, ) | Civil Action No. 7:06cv00008 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | |
| LT. MCCOY, <u>et al.</u>, ) | By: Samuel G. Wilson |
| 　　Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of January, 2006.

_____
United States District Court Judge